**Jesse Lowell SATTERFIELD,**
**Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF LABOR; Mine Safety and Health Administration, Defendants–Appellees.**

No. 06–1838.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 12, 2007.

Decided: Jan. 30, 2007.

Jesse Lowell Satterfield, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Lowell Satterfield appeals the district court's orders granting the Appellees' motion for summary judgment and denying Satterfield's Fed.R.Civ.P. 59(e) motions in this employment discrimination case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Satterfield v. Chao,* No. 1:03–cv–00165–IMK (N.D. W. Va. Apr. 25 and June 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*